PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: August 7, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2023

SEAN F. MCAVOY, CLERK

Name of Offender: Jayce Leon Pirtle               Case Number: 0980 2:11CR00160-WFN-1

Address of Offender: ███████████████  Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 12, 2012

Original Offense:       Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence:      Prison - 120 months;           Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    George J. C. Jacobs, III       Date Supervision Commenced: December 15, 2022

Defense Attorney:       Federal Defenders Office       Date Supervision Expires: December 14, 2025

### PETITIONING THE COURT

To issue a summons.

On December 16, 2022, Jayce Pirtle reported to the U.S. Probation Office for a supervision intake. His conditions of supervised release were reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Jayce Pirtle violated the terms of his supervised by consuming a controlled substance, methamphetamine, on or about July 25, 2023. |
| | On July 20, 2023, information was received pertaining to law enforcement response to Mr. Pirtle's residence. On July 25, 2023, Mr. Pirtle reported to the probation office. He submitted to a urinalysis. The sample appeared dilute and tested presumptive positive for methamphetamine. Mr. Pirtle denied use and the sample was sent to the lab for additional testing. |
| | A lab report was received and confirmed a positive presence for methamphetamine. It was also noted to be a dilute specimen. |

Prob12C
Re: Pirtle, Jayce Leon
August 7, 2023
Page 2

It should be noted that on July 27, 2023, another urinalysis was conducted. This sample was presumptive positive for amphetamine and also appeared dilute. The lab report was received and noted negative results for controlled substances, but also noted it to be a dilute specimen. Mr. Pirtle continues to deny use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/07/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/7/2023
Date