PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: August 22, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jayce Leon Pirtle | Case Number: 0980 2:11CR00160-WFN-1 |
| Address of Offender: ███████ Spokane, WA 99260 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 12, 2012

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence:    Prison - 120 months;    Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    George J.C. Jacobs, III    Date Supervision Commenced: December 15, 2022

Defense Attorney:    Federal Defenders Office    Date Supervision Expires: December 14, 2025

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/07/2023, and 08/17/2023.

On December 16, 2022, Jayce Pirtle reported to the U.S. Probation Office for a supervision intake. His conditions of supervised release were reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #15**: You must provide the supervising officer with access to any requested financial information, including authorization to conduct credit checks and obtain copies of your Federal income tax returns. You shall disclose all assets and liabilities to the supervising officer. You must not transfer, sell, give away, or otherwise convey any asset, without the advance approval of the supervising officer. |
| | **Supporting Evidence**: It is alleged that Jayce Pirtle violated the terms of his supervised release, by failing to disclose an asset, specifically a vehicle, and failing to obtain advance approval of the supervising officer to convey that vehicle, on or about April 26, 2023, or since. |
| | On April 26, 2023, the undersigned attempted to contact Mr. Pirtle at his reported residence. No contact was made with Mr. Pirtle, however, prior to this officer's departure from the area, a neighbor approached. The neighbor advised they believed that Mr. Pirtle was home |

Prob12C
**Re: Pirtle, Jayce Leon**
**August 22, 2023**
**Page 2**

and noted that both vehicles associated to that residence were present in the parking lot. The neighbor pointed out the vehicle the undersigned knew to be Mr. Pirtle's girlfriend's vehicle. The neighbor also pointed out another vehicle, a red Chrysler 300, in which the neighbor believed Mr. Pirtle acquired about a week prior and had been seen driving. The vehicle was affixed with a temporary license plate at the time.

On May 4, 2023, Mr. Pirtle reported to the probation office. At that time, he reported no changes, to include no new vehicle information.

On May 16, 2023, during a home contact, the undersigned inquired as to whether Mr. Pirtle had obtained a vehicle, to which he denied. Mr. Pirtle reported that they use his girlfriend's Acadia, denied acquiring a vehicle and agreed to keep the undersigned updated on his vehicle status.

On August 1, 2023, contact was made with the United States Marshals Service (USMS), who were looking for an individual on warrant status. They believed Mr. Pirtle may have information on the individual's whereabouts. The USMS reported that the Chrysler 300 in question was registered to Mr. Pirtle as one of the registered owners, which noted a transfer date of May 23, 2023.

On August 3, 2023, Mr. Pirtle reported to the probation office. He was questioned about the Chrysler 300. He denied lying about the vehicle and claimed he was only a co-signer. He was advised this did not make much sense, as he had previously discussed his girlfriend's other vehicle, but never mentioned the Chrysler 300.

It should also be noted that the USMS has since reported another vehicle, a 2014 Ford Edge, that had been registered to both Mr. Pirtle and his girlfriend in August 2023. Mr. Pirtle has failed to disclose any information in relation to the purchase if this vehicle.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/22/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Pirtle, Jayce Leon
August 22, 2023
Page 3

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_8/22/2023_
Date