PROB 12C
(6/16)

Report Date: August 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2024

SEAN F. MCAVOY, CLERK

## AMENDED Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jayce Leon Pirtle | Case Number: 0980 2:11CR00160-MKD-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, WA 99260 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Court

Date of Original Sentence: July 12, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924 | |
| Original Sentence: | Prison - 120 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: December 15, 2022 |
| Defense Attorney: | Zachary Lynn Ayers | Date Supervision Expires: December 14, 2025 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/07/2023.

On December 16, 2022, Jayce Leon Pirtle reported to the U.S. Probation Office for a supervision intake. His conditions of supervised release were reviewed with him. He signed a copy of his judgment acknowledging and understanding of the conditions imposed by the Court.

On August 17, 2023, a petition was filed with the Court alleging violation number 2, as it pertains to an alleged new law violation. This petition is to replace the August 17, 2023, petition to reflect the actual conviction that resulted from that matter.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: It is alleged that Jayce Pirtle violated the terms of his supervised release by committing a new law violation, specifically, he was convicted of Criminal Mischief (Domestic Violence), a felony, in violation of RCW 9A.84.010(a)(2)(B) DV-F, on or about August 16, 2023. |

Prob12C
Re: Pirtle, Jayce Leon
August 23, 2024
Page 2

On August 16, 2023, at approximately 12:45 a.m., officers with the Spokane Police Department (SPD) responded to a call from a family member who believed the victim in this matter was being assaulted by her boyfriend, Jayce Pirtle. The officers made contact with neighbors who reported that they heard yelling, screaming and sounds like someone was being assaulted.

The officers knocked on the door and announced themselves as a Spokane police officer. They did not receive a response and continued to knock and announce themselves. After several minutes, dispatch was able to call the victim and dispatch could hear the officer knocking and announcing while the victim was on the line. The victim was advised to answer the door or they would force it open.

Jayce Pirtle eventually answered the door and invited the officers into the apartment.

An officer made contact with the victim who initially was not forthcoming but was noted to also be very emotional. When the officer questioned her about the reports from family and neighbors, she responded that Jayce Pirtle did not push her up against the wall, he only put her on the couch.

The officer noted that it was difficult to gather information from the victim as she was very emotional and fearful. The officer noted multiple times that the victim appeared fearful of giving information.

The victim reported that she was inside her apartment when Mr. Pirtle came to the door. They began to argue and she did not want him to come inside because her mother had taken her 7-month-old child because she did not want the victim and Mr. Pirtle to continue their relationship. The victim attempted to tell Mr. Pirtle to leave and kept pushing his way inside and eventually threw her laundry bag at her. She was evasive about what happened next, but reported that Mr. Pirtle had pinned her down on a chair. Mr. Pirtle had a lanyard pulled tight across the front of her neck, and was grabbing/twisting her shirt by the front neck area. The victim stated he was holding a candle plate in one of his hands as if he was going to hit her with it. The victim stated she was able to grab the lanyard and keep it from contacting her neck. She denied that he had "choked" her, and became emotional and started crying and appeared to be fearful of Mr. Pirtle.

Although she was not clear with what happened next, she advised they had rolled over on the couch where the struggle continued.   She was able to stand up and walk down the hall in front of the bathroom. She then told Mr. Pirtle that she wanted to leave, but he would not let her. She advised Mr. Pirtle had restrained her and would not let her leave the apartment. The victim advised she was trying to get away but he continued to restrain her from leaving.

The victim was questioned about scratches on Mr. Pirtle's right forearm. She indicated that Mr. Pirtle had his arm/forearm pressed up against her neck and she scratched him in an attempt to remove his arm from around her neck. The officer notes the scratch mark appeared to be consistent with Mr. Pirtle having his arm around her neck and the victim scratching and attempting to get his arm off her neck. The officers were able to see that her shirt was stretched out around her neck. Her neck appeared to have some old injuries from being strangled. When the officers asked her about whether Mr. Pirtle had strangled her in the past, she became very emotional and started crying again.

Prob12C
Re: Pirtle, Jayce Leon
August 23, 2024
Page 3

The victim asked an officer if they had ever been to the residence prior and asked about cameras inside. The victim explained that the incident had been going on all day, but was vague about what happened at the residence.

The officer noted that several times during the interview and the attempts to solicit information from the victim, the victim made comments that Jayce Pirtle had made statements about knowing how crazy she can be and threats about killing her.

The victim eventually recounted her entire day with Mr. Pirtle explaining some very controlling behavior. The officer noted that it was very difficult to obtain information from the victim and that she appeared very emotional and fearful of Mr. Pirtle and retaliation against her.

Probable cause was determined to arrest Mr. Pirtle for unlawful imprisonment, domestic violence, and attempted assault 2nd-domestic violence (strangulation).

The victim asked the officers not to arrest Mr. Pirtle. She was very fearful of what he will do and appeared to be very fearful of her safety. The officer attempted the Lethality Assessment Protocol (LAP). She became very fearful and emotional when asked if he has ever tried to kill her or if she thinks he will try and kill her. She became emotional and did not answer the questions about guns. She made a statement similar to "that's what he does when I am bad" when asked a question about choking.

On August 12, 2024, Mr. Pirtle pled guilty to Criminal Mischief, in violation of RCW 9A.84.010(a)(2)(B)DV-F. He was sentenced to a 12-month period of incarceration.

The amended information, filed on August 12, 2024, notes Mr. Pirtle was charged with criminal mischief, committed as follows: That the defendant, Jayce L. Pirtle, in the State of Washington, on or about August 16, 2023, being armed with a CORD, a deadly weapon, while acting with three or more persons, did knowingly and unlawfully, participate in the use of force against Laquinda Russ, a human being, and furthermore, the defendant did commit the above crime against an intimate partner, as defined by RCW 10.99.020(8).

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/23/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Pirtle, Jayce Leon**
**August 23, 2024**
Page 4

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_
Signature of Judicial Officer

8/28/2024
Date